| | |
|---|---|
| 1 | LAW OFFICES OF DALE K. GALIPO |
| | Dale K. Galipo (Bar No. 144074) |
| 2 | dalekgalipo@yahoo.com |
| | 21800 Burbank Boulevard, Suite 310 |
| 3 | Woodland Hills, California 91367 |
| | Telephone: (818) 347-3333 |
| 4 | Facsimile: (818) 347-4118 |
| 5 | THE CLAYPOOL LAW FIRM |
| | Brian E. Claypool, Esq. (Bar No. 134674) |
| 6 | becesq@aol.com |
| | 1055 East Colorado Boulevard, 5th Floor |
| 7 | Pasadena, California 91106 |
| | Telephone: (626) 240-4616 |
| 8 | Facsimile: (626) 240-4617 |
| 9 | Attorneys for Plaintiff |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 09-04021 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S 12(B)(6) MOTION** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff JAMIE LYNN PETERS and Defendant COUNTY OF HUMBOLDT, through their respective attorneys of record, as follows:

The Initial Case Management Conference in this action is currently set for January 8, 2010, at 10:00 a.m. Also on calendar at that date and time is the hearing for Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6).

---

Case No. C 09-04021 CRB
JOINT STIPULATION AND ORDER CONTINUING CMC AND MOTION HEARING

The parties recently exchanged initial disclosures, and Plaintiff intends to file a First Amended Complaint. In addition, both Plaintiff's counsel have numerous calendar conflicts on January 8, 2010, including a criminal trial and two other motion hearings.

Accordingly, the parties agree, and the Court **ORDERS**, as follows:

(1) that the Case Management Conference and the hearing on Defendants' Motion should be continued to February 12, 2010, at 10:00 a.m.; and

(2) that opposition and reply papers will be due pursuant to the Local Rules, based on the new hearing date.

DATED: December 17. 2009     LAW OFFICES OF DALE K. GALIPO

By /s/ Dale K. Galipo
Dale K. Galipo
Attorneys for Plaintiff

DATED: December 18. 2009     MITCHELL. BRISSO. DELANEY & VRIEZE

By: /s/ William F. Mitchell
William F. Mitchell
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: DEC 29 2009

Honorable Charles Breyer
United States District Judge