LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:  (818) 347-4118

THE CLAYPOOL LAW FIRM
Brian E. Claypool, Esq. (Bar No. 134674)
becesq@aol.com
1055 East Colorado Boulevard, 5th Floor
Pasadena, California 91106
Telephone:  (626) 240-4616
Facsimile:  (626) 240-4617

Attorneys for Plaintiff

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS, | Case No. C 09-04021 CRB |
|---|---|
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S 12(B)(6) MOTION |
| vs. | |
| COUNTY OF HUMBOLDT; and DOES 1-10, inclusive, | |
| Defendants. | |

   IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff JAMIE LYNN PETERS and Defendant COUNTY OF HUMBOLDT, through their respective attorneys of record, as follows:

   The Initial Case Management Conference in this action is currently set for January 8, 2010, at 10:00 a.m.  Also on calendar at that date and time is the hearing for Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6).

1  The parties recently exchanged initial disclosures, and Plaintiff intends to file
2  a First Amended Complaint. In addition, both Plaintiff's counsel have numerous
3  calendar conflicts on January 8, 2010, including a criminal trial and two other
4  motion hearings.
5  Accordingly, the parties agree, and the Court **ORDERS**, as follows:
6  (1) that the Case Management Conference and the hearing on Defendants'
7  Motion should be continued to February 12, 2010, at 10:00 a.m.; and
8  (2) that opposition and reply papers will be due pursuant to the Local Rules,
9  based on the new hearing date.

DATED: December 17, 2009        LAW OFFICES OF DALE K. GALIPO

                                By /s/ Dale K. Galipo
                                Dale K. Galipo
                                Attorneys for Plaintiff

DATED: December 18, 2009        MITCHELL, BRISSO, DELANEY & VRIEZE

                                By: /s/ William F. Mitchell
                                William F. Mitchell
                                Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: DEC 29 2009

                                Honorable Charles Breyer
                                United States District Judge

-2-                                           Case No. C 09-04021 CRB
JOINT STIPULATION AND ORDER CONTINUING CMC AND MOTION HEARING