LAW OFFICES OF DALE GALIPO
Dale K. Galipo, State Bar No. 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile  (818) 347-4118
dalegalipo@yahoo.com

BRIAN E. CLAYPOOL, SBN 134674
THE CLAYPOOL LAW FIRM
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
becesq@aol.com
Telephone:  (626) 240-4616
Facsimile:  (626) 240-4617

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF HUMBOLDT; and Does 1-10, inclusive,<br><br>Defendants. | **Case Number: CV09-4021 CRB**<br><br>**[PROPOSED] *AMENDED* ORDER RE JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S 12(B)(6) MOTION** |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Case Management Conference and the hearing on Defendants' Motion

should be continued to March **05,** 2010, at 10:00 a.m.

**IT IS SO ORDERED.**

Signed: Feb. 16, 2010

_____
Honorable Judge Charles R. Breyer
United States District Judge

