1  LAW OFFICES OF DALE GALIPO
   Dale K. Galipo, State Bar No. 144074
2  21800 Burbank Boulevard, Suite 310
   Woodland Hills, California 91367
3  Telephone (818) 347-3333
   Facsimile   (818) 347-4118
4  dalegalipo@yahoo.com

5  BRIAN E. CLAYPOOL, SBN 134674
   THE CLAYPOOL LAW FIRM
6  1055 E. Colorado Blvd., 5th Floor
   Pasadena, California 91106
7  becesq@aol.com
   Telephone:  (626) 240-4616
8  Facsimile:   (626) 240-4617

9
   Attorneys for Plaintiff
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13
   JAMIE LYNN PETERS, individually  )   **Case Number: CV09-4021 CRB**
14 and as successor-in-interest to JAMES )
   L. PETERS,                        )
15                                    )
                                      )   **[PROPOSED]** *AMENDED* **ORDER**
16                                    )   **RE JOINT STIPULATION**
                                      )   **CONTINUING CASE**
17                                    )   **MANAGEMENT CONFERENCE**
             Plaintiff,               )   **AND HEARING ON**
18                                    )   **DEFENDANT'S 12(B)(6) MOTION**
   vs.                                )
19                                    )
                                      )
20                                    )
   COUNTY OF HUMBOLDT; and            )
21 Does 1-10, inclusive,              )
                                      )
22                                    )
                                      )
23           Defendants.              )
                                      )
24 _____)

25              **[PROPOSED] ORDER**

26
        GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED
27
   that the Case Management Conference and the hearing on Defendants' Motion
28

1  should be continued to March **05,** 2010, at 10:00 a.m.

2

3

   **IT IS SO ORDERED.**

4

5

6  Signed: Feb. 16, 2010                         _____
                                                  Honorable Judge Charles R. Breyer
7                                                 United States ...

