LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

THE CLAYPOOL LAW FIRM
Brian E. Claypool, Esq. (Bar No. 134674)
becesq@aol.com
1055 East Colorado Boulevard, 5th Floor
Pasadena, California 91106
Telephone: (626) 240-4616
Facsimile: (626) 240-4617

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 09-04021 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S 12(B)(6) MOTION** |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant COUNTY OF HUMBOLDT and Plaintiff JAMIE LYNN PETERS, through their respective attorneys of record, as follows:

The Initial Case Management Conference in this action is currently set for March 5, 2010, at 10:00 a.m. Also on calendar at that date and time is the hearing for Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6).

The parties have exchanged initial disclosures, and Plaintiff intends to file a First Amended Complaint. In addition, defense counsel has a calendar conflict on March 5, 2010, in another venue.

Accordingly, the parties agree that the Case Management Conference and the hearing on Defendants' Motion should be continued to March 12, 2010, at 10:00 a.m.

DATED: February 25, 2010        LAW OFFICES OF DALE K. GALIPO

By /s/ Dale K. Galipo
Dale K. Galipo
Attorneys for Plaintiff

DATED: February 25, 2010        MITCHELL, BRISSO, DELANEY & VRIEZE

By: /s/ William F. Mitchell
William F. Mitchell
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __Feb. 26, 2010____

Honorable Charles Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer