UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

JAMIE LYNN PETERS,
             Plaintiffs,

v.

COUNTY OF HUMBOLDT, et al.,
             Defendants.
_____/

No. C 09-4021 CRB

**ORDER RE: ATTENDANCE**

Session Date:     June 17, 2010
Mediator:        Michael Sobel

Before the court is defendants' request to excuse all the individually named defendants (with the exception of Bobby Potts) in this case from participating in the June 17, 2010 mediation before Michael Sobel.  The request cites travel and lodging expenses and staffing at the correctional facility as justifications.  While travel expenses are not ordinarily considered "extraordinary or otherwise unjustifiable hardship" under ADR L.R. 6-10(d), staffing at the facility is an appropriate consideration. In addition, the defendants' request does not address the issue of who will represent the County of Humboldt and Sheriff Gary Philp. Accordingly,

IT IS HEREBY ORDERED that defendants' request to excuse all the individually named defendants, except Bobby Potts, is denied.

IT IS FURTHER ORDERED that defendants' will designate a minimum of two additional individually named defendants, who were directly involved with, and are most knowledgeable about, the decisions regarding the decedent's incarceration, to attend the mediation and will make certain that the other named defendants are available throughout the mediation to be contacted by phone if necessary, at the discretion of the mediator.

IT IS FURTHER ORDERED that a representative of the County of Humboldt and Sheriff

Gary Philp, who meets the requirements of ADR L.R. 6-10 (a)(2), attend the mediation in person in addition to the claims representative required by ADR L.R. 6-10(c).

IT IS SO ORDERED.


June 3, 2010                          By:                    _Elizabeth D. Laporte_
Dated                                                              Elizabeth D. Laporte
                                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28