1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  21800 Burbank Boulevard, Suite 310
   Woodland Hills, California 91367
3  Tel: (818) 347-3333 / Fax: (818) 347-4118

4  THE CLAYPOOL LAW FIRM
   Brian E. Claypool, Esq. (Bar No. 134674)
5  1055 East Colorado Boulevard, 5th Floor
   Pasadena, California 91106
6  Tel: (626) 240-4616 / Fax: (626) 240-4617

7  Attorneys for Plaintiffs

8  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
9  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   814 Seventh Street / P. O. Drawer 1008
10 Eureka, CA 95502
   Tel: (707) 443-5643 / Fax: (707) 444-9586
11
   Attorneys for Defendants
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS,<br><br>        Plaintiff,<br>    v.<br><br>COUNTY OF HUMBOLDT; CORRECTIONAL OFFICER BOBBY POTTS #1347; CORRECTIONAL OFFICER TODD ARNOLD #0867; CORRECTIONAL OFFICER CHAD ZECK #1401; CORRECTIONAL OFFICER KATHLEEN BUTLER #1293; CORRECTIONAL OFFICER DENNIS GRIFFIN #1033; CORRECTIONAL OFFICER LEO BARD #1424; LIEUTENANT LEE FIGAS #0724; CORPORAL DUANE CHRISTIAN #1322; LIEUTENANT DEAN FLINT #0715; LIEUTENANT ED WILLIAMS #0764; SHERIFF GARY PHILP; and DOES 6-10, inclusive,<br><br>        Defendants. | Case No. C 09-04021 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1   IT IS HEREBY STIPULATED BY AND BETWEEN Defendants COUNTY OF HUMBOLDT, CORRECTIONAL OFFICER BOBBY POTTS, CORRECTIONAL OFFICER TODD ARNOLD, CORRECTIONAL OFFICER CHAD ZECK, CORRECTIONAL OFFICER KATHLEEN BUTLER, CORRECTIONAL OFFICER DENNIS GRIFFIN, CORRECTIONAL OFFICER LEO BARD, LIEUTENANT LEE FIGAS, CORPORAL DUANE CHRISTIAN, LIEUTENANT DEAN FLINT, LIEUTENANT ED WILLIAMS, SHERIFF GARY PHILP and plaintiff JAMIE LYNN PETERS, through their respective attorneys of record, as follows:

This case is currently scheduled for a Case Management Conference on July 16, 2010.

An ADR mediation session was scheduled to take place on June 17, 2010, in San Francisco.  The mediation was reassigned by the ADR Case Administrator on June 22, 2010 to another mediator, located in Eureka, California, because all or the defendants reside in or around Eureka. The Notice provides that the mediation be rescheduled pursuant to ADR L.R. 6-4, which provides a 90 day deadline (September 20, 2010).

In view of the fact that a new date has not been set for the mediation session, the parties request that the date for the Case Management Conference be extended to Friday, October 8, 2010.

DATED:  July 8, 2010             THE CLAYPOOL LAWFIRM

                                 By_____/s/_____
                                    Bryan E. Claypool
                                    Attorneys for Plaintiff

DATED:  July 8, 2010             MITCHELL, BRISSO, DELANEY & VRIEZE

                                 By:_____/s/_____
                                    William F. Mitchell
                                    Attorneys for Defendants

1
JOINT STIPULATION AND ORDER CONTINUING CMC AND MOTION HEARING

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 9, 2010__     _____
Honorable Charles Breyer
United States District Judge



JOINT STIPULATION AND ORDER CONTINUING CMC AND MOTION HEARING