1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  21800 Burbank Boulevard, Suite 310
   Woodland Hills, California  91367
3  Tel: (818) 347-3333 / Fax: (818) 347-4118

4  THE CLAYPOOL LAW FIRM
   Brian E. Claypool, Esq. (Bar No. 134674)
5  1055 East Colorado Boulevard, 5th Floor
   Pasadena, California  91106
6  Tel: (626) 240-4616 / Fax: (626) 240-4617

7  Attorneys for Plaintiffs

8  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
9  814 Seventh Street / P. O. Drawer 1008
   Eureka, CA  95502
10 Tel:  (707) 443-5643 / Fax: (707) 444-9586

11 Attorneys for Defendants

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS,<br><br>          Plaintiff,<br>      v.<br><br>COUNTY OF HUMBOLDT; CORRECTIONAL OFFICER BOBBY POTTS #1347; CORRECTIONAL OFFICER TODD ARNOLD #0867; CORRECTIONAL OFFICER CHAD ZECK #1401; CORRECTIONAL OFFICER KATHLEEN BUTLER #1293; CORRECTIONAL OFFICER DENNIS GRIFFIN #1033; CORRECTIONAL OFFICER LEO BARD #1424; LIEUTENANT LEE FIGAS #0724; CORPORAL DUANE CHRISTIAN #1322; LIEUTENANT DEAN FLINT #0715; LIEUTENANT ED WILLIAMS #0764; SHERIFF GARY PHILP; and DOES 6-10, inclusive,<br><br>          Defendants. | Case No. C 09-04021 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE AND CMC** |

1  IT IS HEREBY STIPULATED BY AND BETWEEN Defendants COUNTY OF
2 HUMBOLDT, CORRECTIONAL OFFICER BOBBY POTTS, CORRECTIONAL
3 OFFICER TODD ARNOLD, CORRECTIONAL OFFICER CHAD ZECK,
4 CORRECTIONAL OFFICER KATHLEEN BUTLER, CORRECTIONAL OFFICER
5 DENNIS GRIFFIN, CORRECTIONAL OFFICER LEO BARD, LIEUTENANT LEE
6 FIGAS, CORPORAL DUANE CHRISTIAN, LIEUTENANT DEAN FLINT,
7 LIEUTENANT ED WILLIAMS, SHERIFF GARY PHILP and plaintiff JAMIE LYNN
8 PETERS, through their respective attorneys of record, as follows:

This case is currently scheduled for a Case Management Conference on October 8, 2010.

The deadline for an ADR mediation session is September 20, 2010.  Due to the number of parties, counsel and representatives required to be in attendance at the mediation in addition to conflicts with the mediator's calendar, it has not been possible to find a date on which to hold the mediation before the September 20, 2010, deadline.  Pursuant to ADR L.R. 6-5, counsel request that the deadline to hold an ADR mediation session be extended for an additional sixty (60) days (November 19, 2010).

In view of the fact that a specific date has not been set for the mediation session and that the parties are requesting an extension of the mediation deadline to November 19, 2010, counsel request that the date for the Case Management Conference be extended to Friday, December 10, 2010.

DATED:  September 3, 2010          THE CLAYPOOL LAW FIRM


                                    By   /s/ Brian E. Claypool
                                       Brian E. Claypool
                                       Attorneys for Plaintiff

1
JOINT STIPULATION AND ORDER CONTINUING MEDIATION
DEADLINE AND CMC AND MOTION HEARING

DATED: September 3, 2010              MITCHELL, BRISSO, DELANEY & VRIEZE

By:   /s/ William F. Mitchell
           William F. Mitchell
           Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  Sept. 8, 2010            _____
                                  Honorable Charles Breyer
                                  United States District

IT IS SO ORDERED
Judge Charles R. Breyer

2
JOINT STIPULATION AND ORDER CONTINUING MEDIATION
DEADLINE AND CMC AND MOTION HEARING