LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

THE CLAYPOOL LAW FIRM
Brian E. Claypool, Esq. (Bar No. 134674)
1055 East Colorado Boulevard, 5th Floor
Pasadena, California  91106
Tel: (626) 240-4616 / Fax: (626) 240-4617

Attorneys for Plaintiffs

John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
814 Seventh Street / P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643 / Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS,<br><br>        Plaintiff,<br>  v.<br><br>COUNTY OF HUMBOLDT; CORRECTIONAL OFFICER BOBBY POTTS #1347; CORRECTIONAL OFFICER TODD ARNOLD #0867; CORRECTIONAL OFFICER CHAD ZECK #1401; CORRECTIONAL OFFICER KATHLEEN BUTLER #1293; CORRECTIONAL OFFICER DENNIS GRIFFIN #1033; CORRECTIONAL OFFICER LEO BARD #1424; LIEUTENANT LEE FIGAS #0724; CORPORAL DUANE CHRISTIAN #1322; LIEUTENANT DEAN FLINT #0715; LIEUTENANT ED WILLIAMS #0764; SHERIFF GARY PHILP; and DOES 6-10, inclusive,<br><br>        Defendants. | Case No. C 09-04021 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE AND CMC** |

1  IT IS HEREBY STIPULATED BY AND BETWEEN Defendants COUNTY OF
2  HUMBOLDT, CORRECTIONAL OFFICER BOBBY POTTS, CORRECTIONAL
3  OFFICER TODD ARNOLD, CORRECTIONAL OFFICER CHAD ZECK,
4  CORRECTIONAL OFFICER KATHLEEN BUTLER, CORRECTIONAL OFFICER
5  DENNIS GRIFFIN, CORRECTIONAL OFFICER LEO BARD, LIEUTENANT LEE
6  FIGAS, CORPORAL DUANE CHRISTIAN, LIEUTENANT DEAN FLINT,
7  LIEUTENANT ED WILLIAMS, SHERIFF GARY PHILP and plaintiff JAMIE LYNN
8  PETERS, through their respective attorneys of record, as follows:

This case is currently scheduled for a Case Management Conference on December 10, 2010.

The deadline for an ADR mediation session is November 19, 2010.  Due to the withdrawal of mediator David Dibble, it will not be possible to hold the mediation before the November 19, 2010, deadline.  Pursuant to ADR L.R. 6-5, counsel request that the deadline to hold an ADR mediation session be extended until February 15, 2011.  ADR Staff Program Attorney, Daniel Bowling has agreed to conduct the Mediation in Eureka, CA on January 31, 2011.

In view of the date set for the mediation session and that the parties are requesting an extension of the mediation deadline to February 15, 2011, counsel request that the date for the Case Management Conference be extended to March 4, 2011.

DATED:  November 10, 2010          THE CLAYPOOL LAW FIRM


                                   By   /s/ Brian E. Claypool
                                      Brian E. Claypool
                                      Attorneys for Plaintiff

DATED:  November 10, 2010          MITCHELL, BRISSO, DELANEY & VRIEZE


                                   By:  /s/ John M. Vrieze
                                      John M. Vrieze
                                      Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 16, 2010



_____
Honorable Charles Breyer
United States District Judge