1  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS, | CASE NO.:  CV 09-4021 CRB |
|---|---|---|
| 12 | | **STIPULATED ORDER OF DISMISSAL** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | COUNTY OF HUMBOLDT; CORRECTIONAL OFFICER BOBBY POTTS #1347; CORRECTIONAL OFFICER TODD ARNOLD #0867; CORRECTIONAL OFFICER CHAD ZECK #1401; CORRECTIONAL OFFICER KATHLEEN BUTLER #1293; CORRECTIONAL OFFICER DENNIS GRIFFIN #1033; CORRECTIONAL OFFICER LEO BARD #1424; LIEUTENANT LEE FIGAS #0724; CORPORAL DUANE CHRISTIAN #1322; LIEUTENANT DEAN FLINT #0715; LIEUTENANT ED WILLIAMS #0764; SHERIFF GARY PHILP; and DOES 6-10, inclusive, | |
| 23 | Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0
**STIPULATED ORDER OF DISMISSAL**

1  IT IS STIPULATED by and between plaintiff JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS, by and through their attorneys, Law Office of Dale Galipo and Claypool Law Firm, and the COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California, and CORRECTIONAL OFFICER BOBBY POTTS, CORRECTIONAL OFFICER TODD ARNOLD, CORRECTIONAL OFFICER CHAD ZECK, CORRECTIONAL OFFICER KATHLEEN BUTLER, CORRECTIONAL OFFICER DENNIS GRIFFIN, CORRECTIONAL OFFICER LEO BASTLER (erroneously named in the Complaint as LEO BARD), LIEUTENANT LEE FIGAS, CORPORAL DUANE CHRISTIAN, LIEUTENANT DEAN FLINT, LIEUTENANT ED WILKINSON (erroneously named in the Complaint as ED WILLIAMS), and SHERIFF GARY PHILP, by and through their attorneys, the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP, subject to approval of the Court as follows, subject to the terms set forth in the Mutual Release Agreement:

1) All claims presented by the Complaint of JAMIE LYNN PETERS, individually and as successor-in-interest to JAMES L. PETERS, as to all defendants in the above-entitled matter shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2) All parties to this stipulation agree to bear their own costs and attorneys' fees.

DATED:  03/02/11          Claypool Law Firm

                          By: /s/ Brian Claypool
                              Brian Claypool
                              Attorney for Plaintiff


DATED:  03/02/11          Law Office of Dale Galipo

                          By: /s/ Dale Galipo
                              Dale Galipo
                              Attorney for Plaintiff

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**STIPULATED ORDER OF DISMISSAL**

1  DATED: __03/02/11__          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

3                               By:___/s/ John M. Vrieze_____
                                      John M. Vrieze
4                                     Attorneys for Defendants

6        ****************************************

8  **IT IS SO ORDERED.**

11 DATED: Mar 3, 2011          _____
                               Honorable Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
**STIPULATED ORDER OF DISMISSAL**